NSK LTD. and NSK Corporation,
Plaintiffs–Appellants,

and

NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower Corporation, NTN Corporation, Plaintiffs–Appellees,

and

Koyo Seiko Co. Ltd. and Koyo Corporation of U.S.A., Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellee,

v.

The Timken Company, Defendant–Appellee.

NSK LTD. and NSK Corporation,
Plaintiffs–Appellees,

and

NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower Corporation, NTN Corporation, Plaintiffs–Appellees,

and

Koyo Seiko Co. Ltd. and Koyo Corporation of U.S.A., Plaintiffs–Appellees,

v.

United States, Defendant–Appellee,

v.

The Timken Company, Defendant–Appellant.

No. 03–1455, 03–1513.

United States Court of Appeals,
Federal Circuit.

June 2, 2004.

Matthew P. Jaffe, Principal Attorney, Robert A. Lipstein, Grace W. Lawson, of Counsel, Crowell & Moring, Washington, DC, for Plaintiffs–Appellants.

Donald J. Unger, Principal Attorney, Kazumune V. Kano, Diane A. MacDonald, Beata Kolosa Spuhler, of Counsel, Barnes, Richardson, Chicago, IL, Neil R. Ellis, Principal Attorney, Neil Charles Pratt, of Counsel, Sidley, Austin, Washington, DC, for Plaintiffs–Appellees.

Terence P. Stewart, Principal Attorney, William A. Fennell, Patrick John McDonough, John Daniel Stirk, Sarah V. Stewart, of Counsel, Stewart and Stewart, Patricia

M. McCarthy, Principal Attorney, David M. Cohen, Arthur D. Sidney, of Counsel, Washington, DC, for Defendants–Appellees.

LOURIE, Circuit Judge.

### ORDER

Upon consideration of the unopposed motion of The Timken Company to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted and appeal 03–1513 is dismissed. The revised official captions are reflected above.

(2) All sides shall bear their own costs in 03–1513.